# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MERLE GLENN KIRKLEY (#514276)

VERSUS

WEST BATON ROUGE DETENTION CENTER

CIVIL ACTION

16-527-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 26, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's action shall be dismissed, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 30 day of November, 2016.

*signature*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.